UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | 17-Cr-243 (SHS) |
| -v- | ORDER |
| ANDREW OWIMRIN, | |
| Defendant(s). | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    Defendant having filed a motion for release from custody [Doc. No. 538] on April 30, 2020,

    IT IS HEREBY ORDERED that the government shall respond to the motion by Friday, May 8, 2020.

Dated: New York, New York
       May 4, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.