UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-243 (SHS) |
| -v- | : | <u>ORDER</u> |
| ANDREW OWIMRIN, | : | |
| Defendant(s). | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

  Defendant having filed a motion for compassionate release on April 30, 2020 [Doc. No. 538],

  IT IS HEREBY ORDERED that there will be a teleconference on Wednesday, May 13, 2020, at 12:00 p.m. The parties shall dial 888-273-3658, and enter access code 7004275, to join the teleconference.

Dated:  New York, New York
    May 11, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.