UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-243 (SHS) |
| -v- | : | <u>ORDER</u> |
| ANDREW OWIMRIN, | : | |
| Defendant(s). | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    A telephone conference having been held today regarding defendant's motion for compassionate release [Doc. No. 538], with counsel for all parties participating,

    IT IS HEREBY ORDERED that, for the reasons set forth on the record, defendant's motion for compassionate release [Doc. No. 538] is denied.

Dated:   May 13, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.