*Nunc Pro Tunc*
*4/6/20*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-                                              ORDER

ANDREW OWIMRIN,                              17 Cr 243 (SHS)
                                                              Docket #

Brought before this Court is an application for the appointment of counsel pursuant to the Criminal Justice Act. Upon the request of the undersigned attorney, and

According to Section VIII(D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act (CJA Plan), the Court having found that there is good cause which renders it in the interests of justice to appoint an attorney not employed by the Federal Defenders of New York, Inc. or a member of the Criminal Justice Act Panel to represent the defendant,

IT IS HEREBY ORDERED that: _____Beverly Van Ness_____ is appointed to represent the defendant. This appointment shall constitute a temporary appointment to the CJA Panel for the purposes of this case only. The attorney is hereby directed to contact the CJA Clerk, (212) 805-0640, regarding billing practices.

_____
Attorney's Signature

Beverly Van Ness
Print Attorney's Name

233 Broadway, Suite 2704
Address

New York, NY 10279

212-274-0402
Telephone

SO ORDERED:

_____ 5/27/2020
Presiding Judge                              DATED

_____ _____
Colleen McMahon                            DATED
Chief Judge